DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BILLIE JEAN KING,**
Appellant,

v.

**SOUTH FLORIDA ORTHOPEDIC & SPORTS MEDICINE, P.A.,** and
**DANIEL A. JONES,**
Appellees.

No. 4D2025-1220

[January 8, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 2024CA002320.

Billie Jean King, Port St. Lucie, pro se.

James L. White, III, and Lauren C. Fleming of White & Russell, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***